█ The People of the State of New York, Respondent, v Luis Pantaleon, Also Known as Jose Flores, Appellant. [950 NYS2d 597]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Rienzi, J.), imposed May 26, 2011, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Hidalgo*, 91 NY2d 733, 735 [1998]; *People v Azeez*, 95 AD3d 1349 [2012]; *People v Foy*, 89 AD3d 1103 [2011]). Mastro, A.P.J., Rivera, Belen, Roman and Sgroi, JJ., concur.